UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

|  |  |
|---|---|
| Case No.: | _____ |
| Adv. No.: | _____ |
| Chapter: | _____ |
| Judge: | _____ |

Plaintiff(s)

vs.

Defendant(s)

## ENTRY OF DEFAULT

It appearing that the following defendant(s) failed to plead or otherwise defend in this proceeding as required by law:

THEREFORE, default is entered against said defendant(s) as authorized by Fed. R. Bank. P. 7055.

Date: _____

JEANNE A. NAUGHTON, Clerk

BY: _____

*rev.1/9/17*