**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Steven V Tursi and Cristina Tursi

Steven V Tursi and Cristina Tursi

Plaintiff(s)

vs.

FBC Mortgage, LLC and Michael G Mastronardy, Ocean County Sheriff

Defendant(s)

Case No.: 18-34145

Adv. No.: 18-01631-CMG

Chapter: 13

Judge: Gravelle

# ENTRY OF DEFAULT

It appearing that the following defendant(s) failed to plead or otherwise defend in this proceeding as required by law: Michael G. Mastronardy, Ocean County Sheriff

THEREFORE, default is entered against said defendant(s) as authorized by Fed. R. Bank. P. 7055.

Date: 2/19/19

JEANNE A. NAUGHTON, Clerk

BY: Diane Lipcsey

*rev.1/9/17*

```
                         United States Bankruptcy Court
                              District of New Jersey
Tursi,
          Plaintiff                                           Adv. Proc. No. 18-01631-CMG

FBC Mortgage, LLC,
          Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 1           Date Rcvd: Feb 19, 2019
                              Form ID: pdf900            Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2019.
```
pla            +Cristina Tursi,    601 Stump Tavern Road,    Jackson, NJ 08527-3316
dft            +FBC Mortgage, LLC,    1230 Commerce Park,    Suite 200,    Longwood, FL 32779-5015
dft            +Michael G Mastronardy,    Ocean County Sheriff,    120 Hooper Avenue,    Toms River, NJ 08753-7606
pla            +Steven V Tursi,    601 Stump Tavern Road,    Jackson, NJ 08527-3316
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Defendant    FBC Mortgage, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin M Gillman    on behalf of Plaintiff Cristina  Tursi ecf@gbclawgroup.com,
               r47252@notify.bestcase.com,5326@notices.nextchapterbk.com
              Justin M Gillman    on behalf of Plaintiff Steven V Tursi ecf@gbclawgroup.com,
               r47252@notify.bestcase.com,5326@notices.nextchapterbk.com
                                                                                             TOTAL: 3
```