Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Steven V Tursi and Cristina Tursi
Debtor

                                         Case No.: 18−34145−CMG
                                         Chapter 13

Steven V Tursi
Plaintiff

v.

FBC Mortgage, LLC
Defendant

Adv. Proc. No. 18−01631−CMG                      Judge: Christine M. Gravelle

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on March 22, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 19
ORDER TO FILE DEFAULT JUDGMENT PAPERS AS TO MICHAEL G. MASTRONARDY. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/21/2019. Deadline to file default judgment papers is 4/22/2019. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 22, 2019
JAN: bwj

                                                                                              Jeanne Naughton
                                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

Tursi,
    Plaintiff

FBC Mortgage, LLC,
    Defendant

Adv. Proc. No. 18-01631-CMG

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 22, 2019
                      Form ID: orderntc  Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.
```
pla             +Cristina Tursi,    601 Stump Tavern Road,    Jackson, NJ 08527-3316
dft             +FBC Mortgage, LLC,    1230 Commerce Park,    Suite 200,    Longwood, FL 32779-5015
dft             +Michael G Mastronardy,    Ocean County Sheriff,    120 Hooper Avenue,    Toms River, NJ 08753-7606
pla             +Steven V Tursi,    601 Stump Tavern Road,    Jackson, NJ 08527-3316
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Defendant    FBC Mortgage, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin M Gillman    on behalf of Plaintiff Cristina  Tursi ecf@gbclawgroup.com,
               5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
              Justin M Gillman    on behalf of Plaintiff Steven V Tursi ecf@gbclawgroup.com,
               5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
```
      TOTAL: 3