Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Steven V Tursi and Cristina Tursi
Debtor

Case No.: 18−34145−CMG
Chapter 13

Steven V Tursi
Plaintiff

v.

FBC Mortgage, LLC
Defendant

Adv. Proc. No. 18−01631−CMG        Judge: Christine M. Gravelle

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on April 23, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 23 − 22
Money Judgment in favor of Steven V Tursi and Cristina Tursi and against Michael G. Mastrondary, Ocean County Sheriff in the amount of $ $7,342.50 (related document:22 Request to Enter Default Judgment filed by Plaintiff Steven V Tursi, Plaintiff Cristina Tursi) . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. Signed on 4/22/2019 (wir)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: April 23, 2019
JAN: wir

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

Tursi,
    Plaintiff

FBC Mortgage, LLC,
    Defendant

Adv. Proc. No. 18-01631-CMG

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 23, 2019
                   Form ID: orderntc     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.
```
pla           +Cristina Tursi,    601 Stump Tavern Road,    Jackson, NJ 08527-3316
dft           +FBC Mortgage, LLC,    1230 Commerce Park,    Suite 200,    Longwood, FL 32779-5015
dft           +Michael G Mastronardy,    Ocean County Sheriff,    120 Hooper Avenue,    Toms River, NJ 08753-7606
pla           +Steven V Tursi,    601 Stump Tavern Road,    Jackson, NJ 08527-3316
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Defendant    FBC Mortgage, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin M Gillman    on behalf of Plaintiff Cristina  Tursi ecf@gbclawgroup.com,
               5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
              Justin M Gillman    on behalf of Plaintiff Steven V Tursi ecf@gbclawgroup.com,
               5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
```
                                                                                                           TOTAL: 3